IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH BOND,
 Petitioner,

vs.            Case No. 5:09cv255/SPM/EMT

WALTER A. McNEIL,
 Respondent.

_____/

## O R D E R

  Petitioner has filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2254 and <u>one</u> copy thereof (Doc. 9). Leave to proceed in forma pauperis has been granted (Doc. 8). Petitioner failed to provide the court with the requisite number of service copies of the amended petition. Petitioner is advised that he must submit a complete copy for each named Respondent and for the Attorney General of the State of Florida. Therefore, Petitioner must submit <u>one additional</u> complete copy of the amended petition. Additionally, Petitioner must submit two complete copies of the "FDLE DNA paperwork" which he references on page six of his amended petition (*see* Doc. 9 at 6).

  Accordingly, it is **ORDERED**:

  1. Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall submit <u>one</u> complete copy of the amended petition with this case number written on the copy. Additionally, Petitioner shall submit <u>two</u> copies of the "FDLE DNA paperwork" which he references on page six of his amended petition

  2. Failure to comply with this order may result in a recommendation of dismissal of this case.

**DONE AND ORDERED** this 21st day of August 2009.

                                      /s/  *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**