IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH BOND,
       Petitioner,

vs.                                  Case No. 5:09cv255/SPM/EMT

WALTER A. McNEIL,
       Respondent.
_____/

## ORDER

       By order of this court dated August 28, 2009, Petitioner was directed to submit to the court two copies of the "FDLE DNA paperwork," which he references on page six of his amended petition (*see* Docs. 10, 14; *see also* Doc. 9 at 6). Now before the court is Petitioner's "Motion to Extend Time," in which Petitioner seeks additional to submit the paperwork (Doc. 15). Good cause having been shown, Petitioner's motion shall be granted.[1]

       Accordingly, it is **ORDERED**:

       1.     Petitioner's Motion to Extend Time (Doc. 15) is **GRANTED**.

       2.     Within **THIRTY (30) DAYS** of the date of docketing of this order, Petitioner shall submit two (2) copies of the "FLDE DNA" paperwork, referenced by Petitioner on page six of his amended habeas petition. Petitioner should keep a copy of the paperwork for himself.

       3.     The clerk shall return to Petitioner the exhibits attached to his original habeas

---

[1] The court notes that in the instant motion (and in a previous motion for an extension of time to submit the same paperwork), Petitioner states he needs an extension because he must request copies of the paperwork from the FDLE Crime Lab (Docs. 13, 15). Upon review of Petitioner's original habeas petition, however, it appears that the paperwork Petitioner has been directed to submit may have been attached to the original petition (*see* Doc. 1, Exs.). The clerk will therefore be directed to return to Petitioner the exhibits filed with the original petition. If these exhibits are the same paperwork Petitioner has requested from the FDLE, he should photocopy the exhibits, keep a copy for himself, and submit two copies to the court as previously directed. Alternatively, Petitioner may obtain the paperwork from the FDLE.

petition.

**DONE AND ORDERED** this <u>20th</u> day of October 2009.

/s/  *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**