IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH BOND,
          Petitioner,

vs.                                                    Case No. 5:09cv255/SPM/EMT

WALTER A. McNEIL,
          Respondent.

_____/

## O R D E R

 This cause is before the court on Respondent's motion to dismiss with supporting exhibits (Docs. 34, 35, 36).  Before the court rules on this motion, Petitioner shall be given an opportunity to respond.

 Accordingly, it is **ORDERED**:

 Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall file a response to Respondent's motion to dismiss.

 **DONE AND ORDERED** this 1st day of April 2010.


*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**